DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA MITIGATION GROUP, LLC,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2024-2966

[January 8, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Barner, Judge; L.T. Case No. COINX22-077998.

Kimberly Innocent of The Innocent Law Firm, PLLC, Sunrise, and Ron Renzy of Sunshine Appeals, P.A., Coral Springs, for appellant.

C. Ryan Jones, David T. Burr, and Matthew A. Taylor of Traub Lieberman Straus & Shrewsberry LLP, Saint Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***